## HUGHES v. STATE.

No. 26679.

Court of Criminal Appeals of Texas.

Dec. 2, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of murder with malice, and his punishment was assessed at 35 years in the penitentiary.

The record before us contains no sentence, in the absence of which this Court is without jurisdiction to enter any order except to dismiss the appeal.

The appeal is dismissed.

Opinion approved by the Court.